# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number**  23-1234

**Short Case Caption**  Pilot, Inc. v. NOCO Company, Inc.

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

23-1234

Costs are to be assigned as follows:

[✓] Each side shall bear their own costs.
[ ] Other:

Date: 05/22/2024

Signature: /s/ Robert R. Brunelli
Name: Robert R. Brunelli
Party Name: Appellant Pilot, Inc.

Date: 05/22/2024

Signature: /s/ Gregory A. Castanias
Name: Gregory A. Castanias
Party Name: Appellee NOCO Company, Inc.

[ ] Additional pages attached